1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RANDALL C. DUMLER, JR.,

NO. CIV. S-09-2950 LKK/EFB

11

Plaintiff,

12

v.

13                                              O R D E R

LITTON LOAN SERVICING LP,

14   a limited partnership, and

DOES 1 through 100, inclusive,

15

16        Defendants.

17   _____/

18        Plaintiff in this case brings claims arising out of his

19   mortgage.  Defendant has filed a motion to dismiss noticed for

20   hearing on February 8, 2010.  Pursuant to Local Rule 230(c),

21   plaintiff's opposition or statement of non-opposition was due on

22   January 25, 2010.  Plaintiff has not filed an opposition or

23   statement of non-opposition.

24        Based on the above, the court ORDERS as follows:

25        1.   Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in

26             writing why sanctions should not issue in accordance

1

1    with Local Rule 110, including a fine of $150 and/or

2    dismissal of this case.  <u>See also</u> Fed. R. Civ. P. 41(b),

3    <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 633 (1962).  Counsel

4    shall file a response to this order to show cause no

5    later than February 8, 2010.

6    2.   Hearing on defendant's motion to dismiss (Dkt. No. 8) is

7    CONTINUED to February 22, 2010 at 10:00 a.m.

8    3.   Plaintiff  shall  file  and  serve  his  opposition  or

9    statement of non-opposition on or before February 8,

10   2010.  Defendant may file and serve a reply no later

11   than February 16, 2010.

12   IT IS SO ORDERED.

13   DATED:  January 28, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT