UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL C. DUMLER, JR.,

                                          NO. CIV. S-09-2950 LKK/EFB

       Plaintiff,

  v.

                                          O R D E R

LITTON LOAN SERVICING LP,
a limited partnership, and
DOES 1 through 100, inclusive,

       Defendants.
                              /

      On January 28, 2010, this court ordered counsel for plaintiff to show cause why sanctions should not issue for plaintiff's failure to file a timely opposition or statement of non-opposition to defendant's pending motion to dismiss. Counsel has filed a response, stating that plaintiff has filed for bankruptcy and asked counsel to cease work on this case, and that plaintiff therefore does not oppose dismissal. Counsel requests that this case be dismissed without prejudice, and that no sanction be issued to counsel.

1

1 | Good cause having been shown, the court finds that no sanction
2 | is appropriate.  Plaintiffs' complaint is DISMISSED WITHOUT
3 | PREJUDICE.  Fed. R. Civ. P. 41(a).  The clerk of the court is
4 | ordered to CLOSE this case.

IT IS SO ORDERED.

DATED: February 8. 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT